861 A.2d 256

**Richard BEATY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Oct. 5, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of October, 2004, probable jurisdiction is noted and the order appealed is affirmed.